Wilmington Sav. Fund Socy., FSB v Calhoun (2025 NY Slip Op 06356)

Wilmington Sav. Fund Socy., FSB v Calhoun

2025 NY Slip Op 06356

Decided on November 19, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 19, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
ROBERT J. MILLER
LINDA CHRISTOPHER
LILLIAN WAN, JJ.

2019-10310
2020-06366
 (Index No. 711644/18)

[*1]Wilmington Savings Fund Society, FSB, etc., respondent, 
v
Deborah A. Calhoun, etc., appellant, et al., defendants.

Petroff Amshen LLP, Brooklyn, NY (Serge F. Petroff, James Tierney, and Steven Amshen of counsel), for appellant.
Knuckles, Komosinski & Manfro, LLP, Elmsford, NY (Louis A. Levithan of counsel), for respondent.

DECISION & ORDER
In an action to foreclose a mortgage, the defendant Deborah A. Calhoun appeals from (1) an order of the Supreme Court, Queens County (Salvatore J. Modica, J.), entered August 15, 2019, and (2) an order of the same court entered September 18, 2019. The order entered August 15, 2019, insofar as appealed from, granted those branches of the plaintiff's motion which were for summary judgment on the complaint insofar as asserted against the defendant Deborah A. Calhoun, to strike that defendant's answer, and for an order of reference. The order entered September 18, 2019, insofar as appealed from, granted the same relief to the plaintiff and referred the matter to a referee to compute the amount due to the plaintiff.
ORDERED that the appeals are dismissed, without costs or disbursements.
The appeals from the orders must be dismissed because the right of direct appeal therefrom terminated with the entry of an order and judgment of foreclosure and sale in the action (see Matter of Aho, 39 NY2d 241, 248). The issues raised on the appeals from the orders are brought up for review and have been considered on the appeal from the order and judgment of foreclosure and sale (see CPLR 5501[a][1]; Wilmington Sav. Fund Socy., FSB v Calhoun, ___ AD3d ___ [Appellate Division Docket No. 2023-11000; decided herewith]).
IANNACCI, J.P., MILLER, CHRISTOPHER and WAN, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court